UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICK NEWTON GREEN #52140 | CIVIL ACTION NO. 20-1323 |
| VERSUS | CHIEF JUDGE HICKS |
| CADDO CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections and responses filed (Docs. 39, 40, & 41), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 23) is **DENIED**. Defendants' Motion for Summary Judgment (Doc. 30) is **GRANTED**. The Court has also considered Nurse Hamilton's Motion for Summary Judgment (Doc. 42), and it is also **GRANTED** for the reasons expressed in the Report and Recommendation. The granting of these motions results in the **DISMISSAL WITH PREJUDICE** of all claims against all defendants.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 8th day of November, 2021.

*[signature]*
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT